JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN EVANS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Case No.: 2:23-cv-07486-JFW-MAAx<br><br>**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Judge: Hon. John F. Walter |

Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: October 17, 2023

_____
Hon. John F. Walter
United States District Judge
Central District of California

1